1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
UNITED STATES OF AMERICA,                )        Case No. MC22-0030RSL
                                         )
                    Plaintiffs,          )
                                         )
        v.                               )
                                         )        ORDER TO ISSUE WRIT OF
ANTHONY EDWIN PAUL,                      )        CONTINUING GARNISHMENT
                                         )
                    Defendant,           )
        v.                               )
                                         )
BOEING EMPLOYEE'S CREDIT UNION,          )
                                         )
                    Garnishee.           )
_____ )

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Anthony Edwin Paul, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Boeing Employee's Credit Union. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on March 25, 2022. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

Dated this 29th day of March, 2022.

*MrS Casnik*

Robert S. Lasnik
United States District Judge